IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOCELYN NANETTE KNOTTS, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH WAYNE KNOTTS, DECEASED, AND KENITH PRICE, LADONNA BLANCHARD, INDIVIDUALLY AND AS NEXT FRIEND OF K.W.K. AND L.U.K., MINOR CHILDREN,<br>*Plaintiffs,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS SYSTEM AND JOHN DOES #1-10,<br>*Defendants.* | § § § § § § § § § § § § § § § § § CIVIL ACTION No. 3:23-CV-02369 |

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant, The University of Texas System provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

*\*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are

financially interested in the outcome of the case:

***Please separate names with a comma. Only text visible within box will print.***

Plaintiffs Jocelyn Nanette Knotts, Kenith Price, Ladonna Blanchard individually and as next friend of K.W.K. and L.U.K.

Defendant The University of Texas System

| | |
|---|---|
| Date: | December 22, 2023 |
| Signature: | /s/ Troy M. Moyer |
| Print Name: | Troy M. Moyer |
| Bar Number: | 24135530 |
| Telephone: | (512) 936-1577 |
| Address: | P.O. Box 12548 |
| City, State, Zip: | Austin, Texas 78711-2548 |
| Fax: | (512) 370-9814 |
| E-Mail: | Troy.Moyer@oag.texas.gov |