IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYN NANETTE KNOTTS, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH WAYNE KNOTTS, AND KENNITH PRICE, | § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 3:23-cv-02369 |
| THE UNIVERSITY OF TEXAS SYSTEM AND JOHN DOES # 1-10, | § § § § | |
| Defendant. | § | |

### NOTICE OF VOLUNTARY DISMISSAL OF ONLY THE UNIVERSITY OF TEXAS SYSTEM

**NOW COMES** PLAINTIFFS JOCELYN NANETTE KNOTTS, Individually, and as Representative of the ESTATE OF KENNETH WAYNE KNOTTS, and KENITH PRICE, LADONNA BLANCHARD, INDIVIDUALLY AND AS NEXT FRIEND OF K.W.K. and L.U.K., MINOR CHILDREN, to file this NOTICE OF VOLUNTARY DISMISSAL OF ONLY THE UNIVERSITY OF TEXAS SYSTEM.

### RULE 41(a) VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs serve and file this notice of dismissal of the University of Texas System.

Respectfully Submitted,

By: /s/ *Geoff J. Henley*
Geoff J. Henley
Texas Bar No. 00798253
ghenley@henleylawpc.com
Rossina Ortega
Texas Bar No. 24125048
rortega@henleylawpc.com
Will Smith
Texas Bar No. 24110380
wsmith@henleylawpc.com

**HENLEY & HENLEY, P.C.**
2520 Fairmount, Suite 200
Dallas, Texas 75201
Tel. (214) 821-0222
Fax. (214) 821-0124

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the CM/EFC system which will send notification to all attorneys of record who are registered for electronic notice.

/s/ *Geoff J. Henley*
Geoff J. Henley