UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOCEYLN NANETTE KNOTTS, *individually and in her capacity as representative of Estate of Kenneth Wayne Knotts, Deceased*, et. al,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS SYSTEM, et. al,<br><br>*Defendants*. | § § § § § § § § § § § § § §    Civil Action No. 3:23-CV-2369-X |

## ORDER GRANTING LEAVE TO SERVE THIRD-PARTY SUBPOENA

Before the Court is Plaintiffs Jocelyn Nanette Knotts and Kennith Price's motion for leave for expedited discovery concerning identities of John Doe Defendants. (Doc. 17). The motion asks the Court to allow the issuance of a subpoena to the City of Dallas Police Department for (1) a copy of the body-worn camera footage depicting the acts of any officer who either (a) employed force during the 30 minutes before his death; and (b) who was present during any unlawful use of force and (2) any report or statement identifying the John Doe(s). Having considered the motion, the Court **GRANTS** it.

**IT IS SO ORDERED** this 21st day of March, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1